**Electronically Filed
Supreme Court
SCOT-18-0000513
22-APR-2019
02:16 PM**

SCOT-18-0000513

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SCOT-18-0000513

RAINER WERNER BOCK, Trustee of the Bock Family Revocable Trust
dated August 4, 1997, Applicant-Appellant,

vs.

COMMISSION ON WATER RESOURCE MANAGEMENT, Agency-Appellee.

-------------------------------------------

SCOT-18-0000572

RAINER WERNER BOCK, Trustee of the Bock Family Revocable Trust
dated August 4, 1997, Applicant-Appellant,

vs.

COMMISSION ON WATER RESOURCE MANAGEMENT, Agency-Appellee.

_____

APPEAL FROM THE COMMISSION ON WATER RESOURCE MANAGEMENT
(Agency Appeal)

<u>ORDER APPROVING STIPULATION TO DISMISS APPEALS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeals", filed on April 10, 2019 ("Stipulation for Dismissal"), and the record,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved, and the consolidated appeals are dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, April 22, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson